# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CLARICE M. MIDDLETON,<br><br>     Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>     Defendant. | Case No. 1:19-cv-05435-CAP |

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| /s/ Yechezkel Rodal<br>Yechezkel Rodal Esq.<br>Florida Bar No. 91210<br>chezky@forthepeople.com<br>Morgan & Morgan, P.A.<br>5300 N.W. 33rd Ave., Suite 219<br>Fort Lauderdale, Florida 33309<br>Telephone: (954) 367-5308<br><br>*Counsel for Plaintiff* | /s / Frederick T. Smith<br>Frederick T. Smith, Esq.<br>Georgia Bar No. 657575<br>fsmith@seyfarth.com<br>SEYFARTH SHAW LLP<br>1075 Peachtree Street, N.E.<br>Suite 2500<br>Atlanta, Georgia 30309-3958<br>Telephone: (404) 888-1021<br>Facsimile: (404) 892-7056<br><br>*Counsel for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CLARICE M. MIDDLETON,<br><br>　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　Defendant. | CASE NO. 1:19-cv-05435-CAP |

## CERTIFICATE OF SERVICE

　　I hereby certify that on March 3, 2021, I served the foregoing document on the following counsel of record via electronic mail:

Frederick T. Smith
fsmith@seyfarth.com
Georgia Bar No. 657575
SEYFARTH SHAW LLP
1075 Peachtree Street, NE, Suite 2500
Atlanta, GA 30309

　　　　　　　　　　　　　　　　　　Morgan & Morgan, P.A.
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　5300 N.W. 33rd Ave., Suite 219
　　　　　　　　　　　　　　　　　　Ft. Lauderdale, Florida 33309
　　　　　　　　　　　　　　　　　　Telephone: (954) 367-5308

　　　　　　　　　　　　　　　　　　/s/*Yechezkel Rodal*　　　　　
　　　　　　　　　　　　　　　　　　Yechezkel Rodal, Esq.
　　　　　　　　　　　　　　　　　　Florida Bar No. 91210
　　　　　　　　　　　　　　　　　　Chezky@forthepeople.com
　　　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice*